**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:26-cv-01019-JSS-DCI

RYAN JAVIER CAPARO and
JAVIER VICTOR CAPARO,

      Plaintiffs,

v.

SLAVCO ANASTASOV and
WORLDWIDE M TRANSPORTATION, LLC,

      Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION TO REMAND**

Pursuant to 28 U.S. Code § 1447(c), SLAVCO ANASTASOV and WORLDWIDE M TRANSPORTATION, LLC, hereby move for an Order remanding this action to the Circuit Court for the Eighteenth Judicial Circuit, in and for Brevard County, Florida. In support of remand, Defendants state as follows:

1. This action arises out of a motor vehicle accident that occurred on or about August 3, 2025, in Rockledge, Brevard County, Florida.

2. On March 27, 2026, Plaintiffs' filed suit in the Circuit Court for the Eighteenth Judicial Circuit, in and for Brevard County, Florida, against Defendants.

3. On May 8, 2026, Defendants removed this matter to federal court with the understanding that Defendant, Worldwide is an Ohio Limited Liability Company with its only registered agent in Ohio, and sole member, Stefan Dimoski, was a citizen of Ohio with an Ohio address listed on Worldwide's Articles of Organization.

4. The undersigned have since learned that Mr. Dimoski, Worldwide's member, was at the time of removal, and is, a citizen of the State of Florida, resulting in complete diversity being lost given Plaintiffs are citizens of the State of Florida.

5. Pursuant to Local Rule 3.01, Defendants' counsel hereby certifies that they have conferred with opposing counsel via telephone call on May 27, 2026, and opposing counsel agrees to resolve this motion by remanding the case back to state court.

**WHEREFORE**, Defendants hereby request for an order remanding this action to the Circuit Court in and for the Eighteenth Judicial Circuit in and for Brevard County Florida.

2

## CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES that a true and correct copy of the foregoing has been furnished via electronic transmission to: **Marlon M. Monteiro,** MMM Legal, PLLC, 7284 W. Palmetto Park Rd., Suite 101, Boca Raton, FL, 33433, (service@mmm.legal) counsel for Plaintiffs; this 27th day of May, 2026.

SMITH BIGMAN BROCK, P.A.

By: _____
JEFFREY E. BIGMAN
Florida Bar No.: 063347
ELIZABETH A. MYERS
Florida Bar No. 0120495
SAMANTHA L. SNYDER
Florida Bar No.: 1032575
Post Office Box 15200
Daytona Beach, Florida 32115
Telephone: (386) 254-6875
**E-mails:** ssnyder@daytonalaw.com
eservice@daytonalaw.com
rsaeddin@daytonalaw.com
ATTORNEYS FOR DEFENDANTS,
SLAVCO ANASTASOV and
WORLDWIDE M
TRANSPORTATION, LLC

3