UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RYAN JAVIER CAPARO and JAVIER
VICTOR CAPARO,

     Plaintiffs,

v.                                                                              Case No: 6:26-cv-1019-JSS-DCI

SLAVCO ANASTASOV and
WORLDWIDE M.
TRANSPORTATION LLC,

     Defendants.
_____/

## ORDER

Defendants move to remand this matter to the Circuit Court of the Eighteenth Judicial Circuit Court in Brevard County, Florida. (Dkt. 11.) Plaintiffs do not oppose the motion. (*See id.* at 2.) Accordingly, the motion to remand (Dkt. 11) is **GRANTED**. This matter is **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit in Brevard County, Florida, pursuant to 28 U.S.C. § 1447(c). The Clerk is **DIRECTED** to mail a certified copy of this order to the Clerk of Court for the Eighteenth Judicial Circuit Court in Brevard County, Florida, and to thereafter close this case.

- 2 -

**ORDERED** in Orlando, Florida, on May 28, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record